## DAVIS v. COMMONWEALTH.

(Decided September 23, 1930.)

B. J. Elam for movant.

J. W. Cammack, Attorney General, and Samuel B. Kirby, Jr., Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for assault and battery, imposing a fine of $300 and 12 months in jail.

Appeal denied; judgment affirmed.

## HURLEY v. COMMONWEALTH.

(Decided September 23, 1930.)

J. M. Bolling for movant.

J. W. Cammack, Attorney General, and Geo. H. Mitchell, Assistant Attorney General, for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $150 and 30 days in jail.

Appeal denied; judgment affirmed.